IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 8:14CB10 |
| | ) | Violation Nos.: 2304587 NE14 |
| Plaintiff, | ) | 2304588 NE14 |
| | ) | |
| vs. | ) | |
| | ) | |
| ARTHUR R. LIEB, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

Defendant is granted an extension of time until August 17, 2015, in which to pay the collateral amount balance due of $85.00.  The clerk will mail a copy of this order to Arthur R. Lieb at his address of 5900 NW Radial Hwy, Apartment 203, Omaha, Nebraska 68104.

DATED this 21st day of May, 2015.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge