IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 8:14CB10 |
| ) | Violation No.: 2304588 NE14 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ARTHUR R. LIEB, ) | |
| ) | |
| Defendant. ) | |

**IT IS ORDERED:**

At the defendant's request, the defendant is granted an extension of time until January 31, 2017, in which to pay the collateral amount due of $85.00.  The full collateral amount is payable in full by that date or the defendant must appear for hearing before the undersigned magistrate judge on January 31, 2017 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The clerk will mail a copy of this order to Arthur R. Lieb at his address of 5900 NW Radial Highway, #203, Omaha, Nebraska 68104.

DATED this 17th day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge